JUDGE KOELTL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :     INDICTMENT

    - v. -                            :     08 Cr. 290

JAMES O'GARA,                         :

             Defendant.           :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 02 2008

08 CRIM 290

## COUNT ONE

The Grand Jury charges:

On or about April 2, 2007, in the Southern District of New York, JAMES O'GARA, the defendant, unlawfully, willfully, and knowingly, by force and violence, and by intimidation, did take and attempt to take, from the person and presence of another, property and money and other things of value belonging to and in the care, custody, control, management and possession of a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, to wit, O'GARA displayed a gun to an employee of the Country Bank located at 4349 Katonah Avenue in the Bronx, New York, and robbed the bank of approximately $12,260.

(Title 18, United States Code, Section 2113(a).)


_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JAMES O'GARA,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. § 2113(a))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

04/02/08  Indictment Filed. A/W issued. Case assigned to USDJ KOELTL

FOX, M.J.